UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Tyrel Henderson

                              Plaintiff,

V.

New York City D.H.S Officer Alvarez, shield #628;
et al.

                              Defendant(s)
-----------------------------------------------------------------X

CIVIL RIGHTS COMPLAINT
42 U.S.C 1983

JURY TRIAL DEMAND

**17CV 3977**

## I. PARTY

Name of the Plaintiff: Tyrel Henderson
Address: 41 Lott Avenue, apt# 1B, Brooklyn, New York 11212

List all defendants' name and the addresses at which each defendant may be served.

| | |
|---|---|
| Defendant No. 1 | NYC Department of Homeless Service Police Officer Alvarez, shield, 628<br>33 Beaver Street<br>New York, NY 10004 |
| Defendant No. 2 | Program Aide, Southwell<br>Boulevard Men's Shelter<br>2027 Lexington Avenue<br>New York, NY 10035 |

## II. STATEMENT OF CLAIM

1. On May 10, 2017 at 2027 Lexington Avenue, New York, NY, 10035 around 5:30 p.m., Henderson had a verbal dispute with resident. There was a brief exchange of words.

2. D.H.S Officer Alvarez, shield# 628, intervened and stated to other officers that Program Aide, Southwell had called. E.M.S. and that Plaintiff should remain in cafeteria until E.M.S arrive (Medical Record# 1715237).

3. The executive director and team had a conference meeting with Henderson about confrontation. Plaintiff noted that there weren't any violence.

4. Plaintiff reasons that he was deprived of his freedom and liberty by way of retaliation from previous complaints against Boulvard Men's Shelter.

## FALSE IMPRISONMENT UNDER THE
## FOURTH AMENDMENT AGAINST OFFICER ALVAREZ

5. Defendant was in absence of probable cause and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person.

## FALSE IMPRISONMENT UNDER THE
## FOURTH AMENDMENT AGAINST PROGRAM AIDE, SOUTHWELL

6. Defendant was in absence of probable cause and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person.

## III. CLAIMS OF INJURY

Plaintiff has suffered loss of time and life due to imprisonment.

## IV. RELIEF

Plaintiff, Tyrel Hendeson request $30,000 in compensatory damages for false imprisonment.

I declare under the penalty of perjury that on May , 23 2017 I served the annexed **CIVIL RIGHTS COMPLAINT** upon the United States District Court of the Southern District Of New York by depositing in a post/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

Signed this 23 day of May, 2017, I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature


Tyrel Henderson
41 Lott Avenue, apt#1B
Brooklyn, New York 11212

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

Expected Delivery Day: 05/24/2017

USPS TRACKING NUMBER

9505 5149 5559 7143 0682 41

MAY 23 20

U.S. POSTAGE PAID
NEW YORK, NY 10035
MAY 23, 17
AMOUNT
**$6.65**
R2304E106410-09

RECEIVED
SDNY PRO SE OFFICE
2017 MAY 25 PM 3:31

FROM:

Tyrel Henderson
41 Lott Avenue, Apt #1B
Brooklyn, NY 11212

TO:

Pro Se Clerk
Southern District of New York
500 Pearl Street
New York, NY 10007

EP14 July 2013
OD: 11.625 x 15.125

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®