**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

Tyrel Henderson

                                 Plaintiff,

           **V.**

New York City D.H.S Officer Alvarez, shield #628;
et al.

                           Defendant(s)
------------------------------------------------------------------------X

                                 AMENDED
                    CIVIL RIGHTS COMPLAINT
                    42 U.S.C 1983

                  **17 CV 3977** (Cm)

## I. PARTY

      Name of the Plaintiff: Tyrel Henderson
      Address: 41 Lott Avenue, apt# 1B, Brooklyn, New York 11212

      List all defendants' name and the addresses at which each defendant may be served.

      Defendant No. 1     NYC Department of Homeless Service Police Officer Alvarez,
                           shield, 628
                           33 Beaver Street
                           New York, NY 10004

      Defendant No. 2     Program Aide, Southwell
                           Boulevard Men's Shelter
                           2027 Lexington Avenue
                           New York, NY 10035

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 7
DATE FILED: 2-6-18

## II. STATEMENT OF CLAIM

1.     On May 10, 2017 at 2027 Lexington Avenue, New York, NY, 10035 around 5:30 p.m., Henderson had a verbal dispute with resident. There was a brief exchange of words.

2.     D.H.S Officer Alvarez, shield# 628, intervened and stated to other officers that Program Aide, Southwell had called. E.M.S. and that Plaintiff should remain in cafeteria until E.M.S arrive **(Medical Record# 1715237).**

3.      The executive director and team had a conference meeting with Henderson about confrontation. Plaintiff noted that there weren't any violence.

4.      Defendant, Southwell had already called E.M.S. Henderson refused custody of E.M.S workers, "Why do I have to go to psychiatric unit?" She stated that it is facility procedure.

## FALSE IMPRISONMENT UNDER THE
## FOURTH AMENDMENT AGAINST OFFICER ALVAREZ

5.      Defendant was in absence of probable cause and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person.

## FALSE IMPRISONMENT UNDER THE
## FOURTH AMENDMENT AGAINST PROGRAM AIDE, SOUTHWELL

6.      Defendant was in absence of probable cause and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person.

## III. CLAIMS OF INJURY

Plaintiff has suffered loss of time and life due to taken into custody at psychiatric hospital unit for 24 (twenty-four) hours.

## IV. RELIEF

Plaintiff, Tyrel Hendeson request $30,000 in compensatory damages for false imprisonment.

2

I declare under the penalty of perjury that on _February 5_ 2018 I served the annexed **CIVIL RIGHTS COMPLAINT** upon the United States District Court of the Southern District Of New York by depositing in a post/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

    Signed this _5_ day of _February_ 2018, I declare under penalty of perjury that the foregoing is true and correct.


_____

Signature


Tyrel Henderson
41 Lott Avenue, apt#1B
Brooklyn, New York 11212

February 5, 2018

To:

Pro Se Clerk
Southern District of New York
500 Pearl St
New York, NY 10007

Plaintiff, Tyrel Henderson submits the amended complaint pursuant to Judges' order. I thank you in advance for assistance!

Sincerely,

Pro Se Plaintiff
Tyrel Henderson
41 Lott Avenue, apt#1B
Brooklyn, NY 11212



Tyrel Henderson
4 Lott Avenue, Apt #1B
Brooklyn, NY 11212

Pro Se Clerk
Southern District of New York
500 Pearl Street
New York, NY 10007

U.S. POSTAGE
PAID
BROOKLYN, NY
1212
FEB 03 18
AMOUNT
$0.71
R2305K134766-13