UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrel Henderson,

        Plaintiff,

—v—

Alvarez, *et al.*,

        Defendants.

JAN 1 4 2020

17-cv-3977 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 12, 2019, Defendant Alvarez filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. No. 54. On November 21, 2019, the Court informed the Plaintiff that he could either amend his complaint or file a brief opposing the motion to dismiss no later than December 14, 2019. Dkt. No. 59.

As of this date, the Plaintiff has not amended his complaint or filed an opposition brief. The Plaintiff is ordered to do so no later than January 31, 2020. The Plaintiff is advised that if he chooses not to file an amended complaint and does not submit an opposing brief, the Court will deem Defendant Alvarez's motion to dismiss fully briefed, and the case may be dismissed without future warning to the Plaintiff.

Chambers will mail a copy of this Order to the pro se Plaintiff, and that mailing will be noted on the public docket.

    SO ORDERED.

Dated: January 14, 2020
        New York, New York

ALISON J. NATHAN
United States District Judge