UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   8/4/20
```

Tyrel Henderson,

                 Plaintiff,

       –v–

Program Aide, Southwell Boulevard Men's Shelter, *et al.*,

            Defendants.

17-cv-3977 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, District Judge:

      Plaintiff Tyrel Henderson, a Brooklyn resident appearing *pro se*, brings this action under 42 U.S.C. § 1983.  The Court has granted Plaintiff's request to proceed *in forma pauperis*.

      To allow Plaintiff to effect service on Defendant Program Aide Southwell through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return Form (USM-285 form) for Aide Southwell.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.  Because the City possesses only Southwell's home address, the City has filed the address in an *ex parte* letter under seal.  The Court therefore does not provide Southwell's address in this Order, and will separately convey Southwell's address to the Clerk's Office.

      The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for purposes of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 444–45 (1962).

SO ORDERED.

Dated: August 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge