UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

Henderson,

                Plaintiff,

–v–

Alvarez, *et al.*,

                Defendants.

17-cv-3977 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On November 3, 2020, Defendant Program Aide, Southwell Boulevard Men's Shelter was served. Dkt. No. 73. Defendant's response to the Complaint was due November 24, 2020. *Id.* Defendant has not responded. If the Plaintiff intends to file a motion for default judgment, he shall do so by **January 15, 2021**.

      SO ORDERED.

Dated: December 15, 2020
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                          United States District Judge