UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henderson,

                Plaintiff,

–v–

Police Officer Alvarez, *et al.*,

                Defendants.

17-cv-3977 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Defendant's request to submit two exhibits in support of its motion to dismiss under seal. Dkt Nos. 79-80. The exhibits may be filed under seal.

In an email to the Court dated February 3, 2021, counsel for the Defendant makes an additional request. Per the Undersigned's Individual Rules, all communications with the Court (with the exception of communications that themselves contain confidential or private information) should be made by letter on the public docket.

The Clerk is respectfully directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: February 4, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1