UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henderson,

           Plaintiff,

–v–

Police Officer Alvarez, *et al.*,

           Defendant.

17-cv-3977 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received a voicemail from Defendant's counsel. Counsel is reminded again that, per the Undersigned's Individual Rules in Civil Cases, *all* communications with the Court (with the only exception of communications that themselves contain confidential or private information) should be made *by letter on the public docket*. Counsel may not call or email the Court ex parte to make requests.

    SO ORDERED.

Dated: February 4, 2021
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge