```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Henderson,

           Plaintiff,

–v–

Police Officer Alvarez, *et al.*,

           Defendant.

17-cv-3977 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court has received the attached letter from Plaintiff requesting an extension of time to respond to Defendant's motion to dismiss. The Court will grants the request for an extension and orders that Plaintiff's response is due March 25, 2021.

    The Clerk is respectfully directed to mail a copy of this Order to the Plaintiff and note the mailing on the public docket. The Clerk is also directed to strike docket entry 89, which was issued with an error.

    SO ORDERED.

Dated: February 25, 2021
 New York, New York

_____
ALISON J. NATHAN
United States District Judge

Feburary 10, 2021

To: Judge Alison J. Nathan

re: 17 cv 3977

I, pro se plaintiff, request a 30-day extension to respond to Defendant Devana Southwell motion to Dismiss, dated Feburary 4, 2021. I am currently in special housing unit and extension of time (30) days would be greatly appreciated.

Truly Yours,

Tyrel Henderson # 18A2829
Five Point Correctional Facility
6600 State Route 96
Romulus, New York 14541

cc: French & Casey, LLP

