**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Henderson,

                Plaintiff,

  -against-                                   17 **CIVIL** 3977 (AJN)

**JUDGMENT**

Alvarez, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 16, 2021, for the reasons discussed in the opinion, summary judgment is GRANTED in favor of Defendant Southwell. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      September 16, 2021

                                                             **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:**               K. Mango

                                                              **Deputy Clerk**